1 | LYNN HUBBARD III, SBN 69773
2 | **LAW OFFICES OF LYNN HUBBARD**
  | 12 Williamsburg Lane
3 | Chico, CA 95926
  | Telephone: (530) 895-3252
4 | Facsimile: (530) 894-8244
  | Email: usdceast@hubslaw.com
5 |
6 | Attorney for Plaintiff ROBERT DODSON

7 | CHRISTINE FUJITA, SBN 274750
  | **GIBSON, DUNN & CRUTCHER LLP**
8 | 555 Mission Street, Suite 3000
  | San Francisco CA 94105
9 | Telephone: (415) 393-8200
  | Facsimile: (415) 393-8306
10 |
11 | Attorney for Defendant MCDONALD'S CORP.

12 | MELISSA T. DAUGHERTY, SBN 27451
  | **LEWIS BRISBOIS BISGAARD & SMITH LLP**
13 | 221 North Figueroa Street, Suite 1200
  | Los Angeles, CA  90012
14 | Telephone: (213) 250-1800
  | Facsimile: (213) 250-7900
15 |
16 | Attorney for Defendant HUMASON II, INC.
   | dba MCDONALD'S #13109

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ROBERT DODSON, | ) |
|---|---|
| Plaintiff, | ) Case No. 2:13-cv-00343-MCE-CKD |
| vs. | ) **JOINT STIPULATION FOR DISMISSAL AND ORDER** |
| HUMASON II, INC. dba MCDONALD'S #13109, *et al.*, | ) |
| Defendants. | ) |

///

///

1

TO THE COURT AND TO ALL PARTIES:

Plaintiff, Robert Dodson, and defendants, Humason II, Inc. dba McDonald's #13109 and McDonald's Corporation, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

| | |
|---|---|
| Dated: January 6, 2014 | LAW OFFICES OF LYNN HUBBARD |
| | __/s/ Lynn Hubbard__/<br>LYNN HUBBARD III<br>Attorney for Plaintiff |
| Dated: January 6, 2014 | GIBSON, DUNN & CRUTCHER LLP |
| | __/s/ Christine Fujita__/<br>CHRISTINE FUJITA<br>Attorney for Defendant McDonald's Corporation |
| Dated: January 6, 2014 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| | __/s/ Melissa Daugherty__/<br>MELISSA T. DAUGHERTY<br>Attorney for Defendant Humason II, Inc. |

### ORDER

Pursuant to the parties' stipulation, this action is hereby DISMISSED WITH PREJUDICE in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(2).

IT IS SO ORDERED.

Dated: January 10, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT